**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON V. HILL, | No. CV 23-1505-JLS(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| PAUL MALKO, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 21, 2023.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE